# ELECTRONIC RECORD

COA #14-13-00957-CR

OFFENSE: Poss of a Controlled Substance

STYLE: Correy Oliver v The State of Texas

COUNTY: Harris

COA DISPOSITION: Reversed and Remanded

TRIAL COURT: 177th District Court

DATE: January 22, 2015   Publish: No

TC CASE #:1346323

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Correy Oliver v The State of Texas

CCA # _____

_____State's_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_Refused_____

DATE: _May 20, 2015_____

JUDGE: ____PC_____

CCA Disposition: ____178-15

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**